■ UNITED AUTO SERVICE CORP. et al., Appellants, v AVIS, INC., et al., Respondents. [624 NYS2d 891] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Collins, J.), entered March 25, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Collins at the Supreme Court. Balletta, J. P., O'Brien, Thompson and Ritter, JJ., concur.